IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID INGRAM, individually** | ) | |
| **and on behalf of all others similarly** | ) | |
| **situated,** | ) | |
| | ) | No.    15 CV 9359 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| **SCR MEDICAL TRANSPORTATION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL

Plaintiff, through counsel, hereby provides the Court notice that he is dismissing his claims without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without prejudice before the opposing party serves an answer or a motion for summary judgment.

DATED: October 29, 2015.

                              Respectfully submitted,

                              /s/ Christopher J. Wilmes
                              One of the Attorneys for Plaintiff

Matthew J. Piers
Christopher J. Wilmes
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2015, I electronically filed the attached Notice of Dismissal with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

    James A. McKenna
    Sean C. Herring
    Jackson Lewis, PC
    150 N. Michigan Ave., Suite 2500
    Chicago, IL  60601

          /s/ Christopher J. Wilmes
          One of the Attorneys for Plaintiffs